AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McNiff, Peter J. | U.S. Bankruptcy Court - District of Wyoming | 10/01/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge (retired) | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>03/01/2015 |

**7. Chambers or Office Address**

2120 Capitol Avenue, Room 8024
P.O. Box 763
Cheyenne, WY 82001

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 6/1967 | State of Wyoming Retirement $385/mo. beginning 8/16/90 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UBS BROKERAGE ACCT. 33 | | | | | | | | | |
| 2. - UBS BANK USA (33) DEPOSIT ACCOUNT (X) | A | Int./Div. | K | T | | | | | |
| 3. - ACE LTD CHF | A | Int./Div. | J | T | | | | | |
| 4. - ACTIVISION BLIZZARD INC | A | Int./Div. | J | T | Sold (part) | 01/08/15 | J | A | |
| 5. -AGILENT TECHNOLOGIES INC | A | Int./Div. | J | T | | | | | |
| 6. - AIR PROD & CHEMICAL INC | A | Int./Div. | | | Sold (part) | 09/10/14 | J | A | |
| 7. | | | | | Sold | 09/10/14 | J | B | |
| 8. - ALLEGHANY CORP DEL NEW | | None | | | Sold (part) | 03/03/14 | J | A | |
| 9. | | | | | Sold (part) | 09/03/14 | J | A | |
| 10. | | | | | Sold | 09/10/14 | J | A | |
| 11. - AMAZON.COM INC | | None | K | T | Buy | 02/12/14 | J | | |
| 12. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 13. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 14. | | | | | Buy (add'l) | 08/20/14 | J | | |
| 15. | | | | | Buy (add'l) | 10/28/14 | J | | |
| 16. - AMER EXPRESS CO | A | Int./Div. | K | T | Sold (part) | 01/24/14 | J | A | |
| 17. -AMERIPRISE FINANCIAL INC | | None | | | Sold (part) | 01/27/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 01/31/14 | J | A | |
| 19. - BANK OF NEW YORK MELLON CORP | A | Int./Div. | K | T | | | | | |
| 20. - BED BATH & BEYOND INC | | None | | | Sold | 05/09/14 | J | A | |
| 21. - BERKSHIRE HATHAWAY INC NEW | | None | K | T | Sold (part) | 01/10/14 | J | A | |
| 22. - BROOKFIELD ASSET MGMT INC LTD VTG SHS CL A | A | Int./Div. | J | T | | | | | |
| 23. - CANADIAN NAT RESOURCES LTD CAD | A | Int./Div. | J | T | Sold (part) | 06/20/14 | J | B | |
| 24. | | | | | Sold (part) | 01/16/15 | J | A | |
| 25. - CARMAX INC | | None | J | T | Buy (add'l) | 10/03/14 | J | | |
| 26. - COCA COLA CO COM | | None | | | Sold | 02/11/14 | J | A | |
| 27. - COSTCO WHOLESALE CORP | A | Int./Div. | J | T | Sold (part) | 10/08/14 | J | A | |
| 28. | | | | | Sold (part) | 01/21/15 | J | A | |
| 29. - CVS CAREMARK CORP | A | Int./Div. | | | Sold (part) | 02/05/14 | J | A | |
| 30. | | | | | Sold | 10/02/14 | J | B | |
| 31. - DIAGEO PLC NEW GB SPON ADR | A | Int./Div. | J | T | | | | | |
| 32. - ECOLAB INC | A | Int./Div. | J | T | Buy (add'l) | 10/09/14 | J | | |
| 33. - ENCANA CORP CAD | A | Int./Div. | J | T | Buy | 09/28/14 | J | | |
| 34. | | | | | Buy (add'l) | 11/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 01/23/15 | J | | |
| 36. - EOG RESOURCES INC | A | Int./Div. | J | T | Sold (part) | 08/06/14 | J | A | |
| 37. - EXPRESS SCRIPTS HLDG CO | | None | J | T | Buy (add'l) | 10/24/14 | J | | |
| 38. - GOOGLE INC CL A | D | Int./Div. | J | T | Sold (part) | 01/13/14 | J | A | |
| 39. -GOOGLE INC CL C | | None | J | T | | | | | |
| 40. -HALLIBURTON CO. | | None | J | T | Buy | 01/05/15 | J | | |
| 41. - HARLEY DAVIDSON INC | A | Int./Div. | | | Sold (part) | 10/15/14 | J | A | |
| 42. | | | | | Sold | 10/15/14 | J | A | |
| 43. - HEWLETT PACKARD CO | A | Int./Div. | | | Sold | 01/08/14 | J | A | |
| 44. - INTL BUSINESS MACH | | None | | | Buy | 09/29/14 | J | | |
| 45. | | | | | Sold | 10/31/14 | J | A | |
| 46. - IRON MTN INC NEW | A | Int./Div. | | | Sold | 01/31/14 | J | A | |
| 47. - JPMORGAN CHASE & CO | A | Int./Div. | J | T | Buy (add'l) | 05/20/14 | J | | |
| 48. - LABORATORY CORP AMER HLDGS NEW | | None | J | T | Buy (add'l) | 01/06/14 | J | | |
| 49. | | | | | Sold (part) | 07/01/14 | J | A | |
| 50. - LAS VEGAS SANDS CORP | A | Int./Div. | J | T | Buy | 01/23/14 | J | | |
| 51. | | | | | Buy (add'l) | 04/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 53. - LIBERTY GLOBAL PLC SER C | | None | J | T | Buy | 01/16/14 | J | | |
| 54. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 55. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 56. - LIBERTY INTERAVTIVE CORP SER A | | None | J | T | Buy | 01/24/14 | J | | |
| 57. - LIBERTY VENTURES SER A | | None | J | T | Buy | 01/24/14 | J | | |
| 58. | | | | | Sold (part) | 10/20/14 | J | A | |
| 59. - LOEWS CORP | A | Int./Div. | J | T | | | | | |
| 60. - MICROSOFT CORP | A | Int./Div. | J | T | | | | | |
| 61. - MONSANTO CO NEW | A | Int./Div. | | | Sold | 11/26/14 | J | A | |
| 62. - MOODYS CORP | A | Int./Div. | J | T | Buy | 05/15/14 | J | | |
| 63. - OCCIDENTAL PETROLEUM CRP | A | Int./Div. | | | Sold (part) | 01/13/14 | J | A | |
| 64. | | | | | Sold | 07/21/14 | J | A | |
| 65. - ORACLE CORP | A | Int./Div. | J | T | | | | | |
| 66. - PACCAR INC | A | Int./Div. | J | T | | | | | |
| 67. - PHILIP MORRIS INTL INC | A | Int./Div. | | | Sold (part) | 04/23/14 | J | A | |
| 68. | | | | | Sold | 11/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - PRAXAIR INC | A | Int./Div. | J | T | Buy | 09/16/14 | J | | |
| 70. - PRICELINE GROUP INC NEW | | None | J | T | Buy | 01/29/14 | J | | |
| 71. - PROGRESSIVE CORP OHIO | A | Int./Div. | | | Sold (part) | 04/29/14 | J | A | |
| 72. | | | | | Sold | 05/27/14 | J | A | |
| 73. - QUEST DIAGNOSTICS INC | A | Int./Div. | J | T | Buy | 07/21/14 | J | | |
| 74. | | | | | Buy (add'l) | 07/22/14 | J | | |
| 75. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 76. - SCHWAB CHARLES CORP NEW | A | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 77. - SYSCO CORP | A | Int./Div. | J | T | Buy | 02/07/14 | J | | |
| 78. | | | | | Buy (add'l) | 02/10/14 | J | | |
| 79. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 80. - TEXAS INSTRUMENTS | A | Int./Div. | J | T | | | | | |
| 81. - ULTRA PETROLEUM CORP (CANADA) | | None | J | T | Buy | 07/09/14 | J | | |
| 82. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 83. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 84. | | | | | Buy (add'l) | 10/30/14 | J | | |
| 85. - UNITED HEALTH GROUP INC | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - VALEANT PHARMACEUTICALS INTL I | | None | J | T | Buy | 03/14/14 | J | | |
| 87. | | | | | Buy (add'l) | 05/28/14 | J | | |
| 88. - VISA INC CL A | A | Int./Div. | J | T | | | | | |
| 89. - WALT DISNEY CO (HOLDING CO) | A | Int./Div. | | | Sold (part) | 04/10/14 | J | A | |
| 90. | | | | | Sold (part) | 10/23/14 | J | A | |
| 91. | | | | | Sold | 10/23/14 | J | A | |
| 92. - WELLS FARGO & CO NEW | A | Int./Div. | K | T | | | | | |
| 93. UBS BROKERAGE ACCT 65 | | | | | | | | | |
| 94. - UBS BANK USA (65) | A | Int./Div. | K | T | | | | | |
| 95. - ALLIANZ FIXED INCOME SHARES: SERIES C | D | Int./Div. | L | T | Buy (add'l) | 01/07/14 | J | | |
| 96. | | | | | Buy (add'l) | 02/10/14 | J | | |
| 97. | | | | | Buy (add'l) | 05/08/14 | J | | |
| 98. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 99. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 100. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 101. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 102. | | | | | Sold (part) | 06/13/14 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - ALLIANZ FIXED INCOME SHARES: SERIES M | C | Int./Div. | L | T | Buy (add'l) | 01/09/14 | J | | |
| 104. | | | | | Buy (add'l) | 02/10/14 | J | | |
| 105. | | | | | Buy (add'l) | 04/08/14 | J | | |
| 106. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 107. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 108. | | | | | Buy (add'l) | 02/19/15 | J | | |
| 109. - US TSY NOTE 00.750% DUE 10/31/17 | A | Int./Div. | K | T | Buy (add'l) | 03/11/14 | J | | |
| 110. | | | | | Sold (part) | 07/08/14 | J | A | |
| 111. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 112. | | | | | Buy (add'l) | 10/21/14 | K | | |
| 113. | | | | | Sold (part) | 01/12/15 | J | A | |
| 114. | | | | | Sold | 01/12/15 | J | A | |
| 115. - US TSY NOTE 2.0000% DUE 11/15/21 | A | Int./Div. | J | T | Buy (add'l) | 02/11/14 | J | | |
| 116. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 117. - US TSY INFL PROT NOTE .125% DUE 7/15/22 | B | Int./Div. | K | T | Sold (part) | 07/08/14 | J | A | |
| 118. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 119. - US TSY NOTE 02.000% DUE 2/15/23 | A | Int./Div. | | | Sold | 02/10/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - US TSY INFL PROT BOND 2.3750% DUE 1/15/25 | A | Int./Div. | | | Sold (part) | 02/19/14 | J | A | |
| 121. | | | | | Buy (add'l) | 04/15/14 | J | | |
| 122. | | | | | Sold | 07/14/14 | J | A | |
| 123. - FHLMC PL G08323 05.000 DUE 2/1/39 | A | Int./Div. | J | T | Redeemed (part) | 02/15/14 | J | A | |
| 124. | | | | | Redeemed (part) | 03/15/14 | J | A | |
| 125. | | | | | Redeemed (part) | 04/15/14 | J | A | |
| 126. | | | | | Redeemed (part) | 05/15/14 | J | A | |
| 127. | | | | | Redeemed (part) | 06/15/14 | J | A | |
| 128. | | | | | Redeemed (part) | 07/15/14 | J | A | |
| 129. | | | | | Redeemed (part) | 08/15/14 | J | A | |
| 130. | | | | | Redeemed (part) | 09/15/14 | J | A | |
| 131. | | | | | Redeemed (part) | 10/15/14 | J | A | |
| 132. | | | | | Redeemed (part) | 11/15/14 | J | A | |
| 133. | | | | | Redeemed (part) | 12/15/14 | J | A | |
| 134. - FHLMC PL Q16644 03.5000 DUE 3/1/43 | A | Int./Div. | J | T | Redeemed (part) | 02/15/14 | J | A | |
| 135. | | | | | Redeemed (part) | 03/15/14 | J | A | |
| 136. | | | | | Redeemed (part) | 04/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Redeemed (part) | 05/15/14 | J | A | |
| 138. | | | | | Redeemed (part) | 06/15/14 | J | A | |
| 139. | | | | | Redeemed (part) | 07/15/14 | J | A | |
| 140. | | | | | Redeemed (part) | 08/15/14 | J | A | |
| 141. | | | | | Redeemed (part) | 09/15/14 | J | A | |
| 142. | | | | | Redeemed (part) | 10/15/14 | J | A | |
| 143. | | | | | Redeemed (part) | 11/15/14 | J | A | |
| 144. | | | | | Redeemed (part) | 12/15/14 | J | A | |
| 145. | | | | | Sold | 01/14/15 | J | A | |
| 146.   - FHLMC PL Q17639 03.000 DUE 4/1/43 | A | Int./Div. | | | Sold | 02/07/14 | J | A | |
| 147. | | | | | Redeemed (part) | 02/15/14 | J | A | |
| 148.   - FNMA PL AE0949 04.000 DUE 2/1/41 | A | Int./Div. | J | T | Redeemed (part) | 02/25/14 | J | A | |
| 149. | | | | | Redeemed (part) | 03/25/14 | J | A | |
| 150. | | | | | Redeemed (part) | 04/25/14 | J | A | |
| 151. | | | | | Redeemed (part) | 05/25/14 | J | A | |
| 152. | | | | | Redeemed (part) | 06/25/14 | J | A | |
| 153. | | | | | Redeemed (part) | 07/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Redeemed (part) | 08/25/14 | J | A | |
| 155. | | | | | Redeemed (part) | 09/25/14 | J | A | |
| 156. | | | | | Redeemed (part) | 10/25/14 | J | A | |
| 157. | | | | | Sold | 10/16/14 | J | A | |
| 158. - FNMA PL AL0160 04.5000 DUE 5/1/41 | A | Int./Div. | J | T | Redeemed (part) | 02/25/14 | J | A | |
| 159. | | | | | Redeemed (part) | 03/25/14 | J | A | |
| 160. | | | | | Redeemed (part) | 04/25/14 | J | A | |
| 161. | | | | | Redeemed (part) | 05/25/14 | J | A | |
| 162. | | | | | Redeemed (part) | 06/25/14 | J | A | |
| 163. | | | | | Redeemed (part) | 07/25/14 | J | A | |
| 164. | | | | | Redeemed (part) | 08/25/14 | J | A | |
| 165. | | | | | Redeemed (part) | 09/25/14 | J | A | |
| 166. | | | | | Redeemed (part) | 10/25/14 | J | A | |
| 167. | | | | | Redeemed (part) | 11/25/14 | J | A | |
| 168. | | | | | Redeemed (part) | 12/25/14 | J | A | |
| 169. - FNMA PL AL 2629 05.000 DUE 6/1/39 | A | Int./Div. | J | T | Redeemed (part) | 02/25/14 | J | A | |
| 170. | | | | | Redeemed (part) | 03/25/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Redeemed (part) | 04/25/14 | J | A | |
| 172. | | | | | Redeemed (part) | 05/25/14 | J | A | |
| 173. | | | | | Redeemed (part) | 06/25/14 | J | A | |
| 174. | | | | | Redeemed (part) | 07/25/14 | J | A | |
| 175. | | | | | Redeemed (part) | 08/25/14 | J | A | |
| 176. | | | | | Redeemed (part) | 09/25/14 | J | A | |
| 177. | | | | | Redeemed (part) | 10/25/14 | J | A | |
| 178. | | | | | Redeemed (part) | 11/25/14 | J | A | |
| 179. | | | | | Redeemed (part) | 12/25/14 | J | A | |
| 180. - FNMA PL AL3424 04.0000 DUE 1/1/43 | A | Int./Div. | J | T | Redeemed (part) | 02/25/14 | J | A | |
| 181. | | | | | Redeemed (part) | 03/25/14 | J | A | |
| 182. | | | | | Redeemed (part) | 04/25/14 | J | A | |
| 183. | | | | | Sold | 04/07/14 | J | A | |
| 184. - FNMA PL AQ9330 03.5000 DUE 1/1/43 | A | Int./Div. | J | T | Redeemed (part) | 02/25/14 | J | A | |
| 185. | | | | | Redeemed (part) | 03/25/14 | J | A | |
| 186. | | | | | Redeemed (part) | 04/25/14 | J | A | |
| 187. | | | | | Redeemed (part) | 05/25/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Redeemed (part) | 06/25/14 | J | A | |
| 189. | | | | | Redeemed (part) | 07/25/14 | J | A | |
| 190. | | | | | Redeemed (part) | 08/25/14 | J | A | |
| 191. | | | | | Redeemed (part) | 09/25/14 | J | A | |
| 192. | | | | | Redeemed (part) | 10/25/14 | J | A | |
| 193. | | | | | Redeemed (part) | 11/25/14 | J | A | |
| 194. | | | | | Redeemed (part) | 12/25/14 | J | A | |
| 195. | | | | | Sold | 01/14/15 | J | A | |
| 196.  - FNMA PL AR2583 03.5000 DUE 2/1/43 | A | Int./Div. | J | T | Redeemed (part) | 02/25/14 | J | A | |
| 197. | | | | | Redeemed (part) | 03/25/14 | J | A | |
| 198. | | | | | Redeemed (part) | 04/25/14 | J | A | |
| 199. | | | | | Redeemed (part) | 05/25/14 | J | A | |
| 200. | | | | | Redeemed (part) | 06/25/14 | J | A | |
| 201. | | | | | Redeemed (part) | 07/25/14 | J | A | |
| 202. | | | | | Redeemed (part) | 08/25/14 | J | A | |
| 203. | | | | | Redeemed (part) | 09/25/14 | J | A | |
| 204. | | | | | Redeemed (part) | 10/25/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 24

Name of Person Reporting

McNiff, Peter J.

Date of Report

10/01/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Redeemed (part) | 11/25/14 | J | A | |
| 206. | | | | | Redeemed (part) | 12/25/14 | J | A | |
| 207. | | | | | Sold | 01/14/15 | J | A | |
| 208.  - FNMA PL AR5265 03.000 DUE 2/1/43 | A | Int./Div. | | | Sold | 02/07/14 | J | A | |
| 209. | | | | | Redeemed (part) | 02/25/14 | J | A | |
| 210.  - FNMA PL AS0415 04.000 DUE 9/1/43 | A | Int./Div. | J | T | Redeemed (part) | 02/25/14 | J | A | |
| 211. | | | | | Redeemed (part) | 03/25/14 | J | A | |
| 212. | | | | | Redeemed (part) | 04/25/14 | J | A | |
| 213. | | | | | Sold | 04/07/14 | J | A | |
| 214.  - FNMA PL AU3751 04.000 DUE 8/1/43 | A | Int./Div. | J | T | Redeemed (part) | 02/25/14 | J | A | |
| 215. | | | | | Redeemed (part) | 03/25/14 | J | A | |
| 216. | | | | | Redeemed (part) | 04/25/14 | J | A | |
| 217. | | | | | Sold | 04/07/14 | J | A | |
| 218.  - FNMA PL 745580 05.000 DUE 6/1/36 | A | Int./Div. | J | T | Redeemed (part) | 02/25/14 | J | A | |
| 219. | | | | | Redeemed (part) | 03/25/14 | J | A | |
| 220. | | | | | Redeemed (part) | 04/25/14 | J | A | |
| 221. | | | | | Redeemed (part) | 05/25/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Redeemed (part) | 06/25/14 | J | A | |
| 223. | | | | | Redeemed (part) | 07/25/14 | J | A | |
| 224. | | | | | Redeemed (part) | 08/25/14 | J | A | |
| 225. | | | | | Redeemed (part) | 09/25/14 | J | A | |
| 226. | | | | | Redeemed (part) | 10/25/14 | J | A | |
| 227. | | | | | Redeemed (part) | 11/25/14 | J | A | |
| 228. | | | | | Redeemed (part) | 12/25/14 | J | A | |
| 229. - US TSY NOTE 01.125% DUE 12/31/19 | A | Int./Div. | | | Buy (add'l) | 01/07/14 | J | | |
| 230. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 231. | | | | | Sold (part) | 08/19/14 | J | A | |
| 232. | | | | | Sold (part) | 09/25/14 | J | A | |
| 233. | | | | | Sold | 09/25/14 | J | A | |
| 234. - FNMA PL AD4045 05.000% DUE 4/1/40 | A | Int./Div. | J | T | Buy | 07/21/14 | J | | |
| 235. | | | | | Redeemed (part) | 08/25/14 | J | A | |
| 236. | | | | | Redeemed (part) | 09/25/14 | J | A | |
| 237. | | | | | Redeemed (part) | 10/25/14 | J | A | |
| 238. | | | | | Redeemed (part) | 11/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Redeemed (part) | 12/25/14 | J | A | |
| 240.  - FNMA PL AS1540 3.5000% DUE 1/1/44 | A | Int./Div. | J | T | Buy | 01/15/14 | J | | |
| 241. | | | | | Redeemed (part) | 02/25/14 | J | A | |
| 242. | | | | | Redeemed (part) | 03/25/14 | J | A | |
| 243. | | | | | Redeemed (part) | 04/25/14 | J | A | |
| 244. | | | | | Redeemed (part) | 05/25/14 | J | A | |
| 245. | | | | | Redeemed (part) | 06/25/14 | J | A | |
| 246. | | | | | Redeemed (part) | 07/25/14 | J | A | |
| 247. | | | | | Redeemed (part) | 08/25/14 | J | A | |
| 248. | | | | | Redeemed (part) | 09/25/14 | J | A | |
| 249. | | | | | Redeemed (part) | 10/25/14 | J | A | |
| 250. | | | | | Redeemed (part) | 11/25/14 | J | A | |
| 251. | | | | | Redeemed (part) | 12/25/14 | J | A | |
| 252. | | | | | Sold | 01/14/15 | J | A | |
| 253.  - US TSY NOTE 3.6250% DUE 2/15/21 | A | Int./Div. | J | T | Buy | 04/08/14 | J | | |
| 254. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 255. | | | | | Buy (add'l) | 06/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - US TSY NOTE 2.3750% DUE 8/15/24 | A | Int./Div. | J | T | Buy | 09/26/14 | J | | |
| 257. US TSY ONFL PROT NOTE 2.5000% DUE 1/15/29 | A | Int./Div. | J | T | Buy | 07/09/14 | J | | |
| 258. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 259. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 260. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 261. - UNITED STATES 3.1250% DUE 8/15/44 | A | Int./Div. | J | T | Buy | 09/26/14 | J | | |
| 262. - US TREASURY INFL NOTE .75 DUE 1/15/17 | A | Int./Div. | | | Buy | 02/26/14 | J | | |
| 263. | | | | | Sold | 06/12/14 | J | A | |
| 264. - US TREASURY INFL NOTE 1.00% DUE 5/31/18 | A | Int./Div. | | | Buy | 02/12/14 | J | | |
| 265. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 266. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 267. | | | | | Sold (part) | 09/09/14 | J | A | |
| 268. | | | | | Sold | 09/25/14 | J | A | |
| 269. - FNMA PL AJ5299 04.000 DUE 11/1/41 | A | Int./Div. | | | Buy | 03/12/14 | J | | |
| 270. | | | | | Sold | 04/07/14 | J | A | |
| 271. - FNMA PL AL0935 04.000 DUE 5/1/41 | A | Int./Div. | J | T | Buy | 04/09/14 | J | | |
| 272. | | | | | Redeemed (part) | 05/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Redeemed (part) | 06/25/14 | J | A | |
| 274. | | | | | Redeemed (part) | 07/25/14 | J | A | |
| 275. | | | | | Redeemed (part) | 08/25/14 | J | A | |
| 276. | | | | | Redeemed (part) | 09/25/14 | J | A | |
| 277. | | | | | Redeemed (part) | 10/25/14 | J | A | |
| 278. | | | | | Sold | 10/16/14 | J | A | |
| 279. FNMA PL AT8873 04.000 DUE 6/1/43 | A | Int./Div. | J | T | Buy | 09/12/14 | J | | |
| 280. | | | | | Redeemed (part) | 10/25/14 | J | A | |
| 281. | | | | | Sold | 10/16/14 | J | A | |
| 282. - FNMA PL AB2266 04.000 DUE 2/1/41 | A | Int./Div. | J | T | Buy | 01/13/14 | J | | |
| 283. | | | | | Redeemed (part) | 02/25/14 | J | A | |
| 284. | | | | | Redeemed (part) | 03/25/14 | J | A | |
| 285. | | | | | Redeemed (part) | 04/25/14 | J | A | |
| 286. | | | | | Sold | 04/07/14 | J | A | |
| 287. FNMA PL AV6368 03.5000 DUE 1/1/29 | | None | J | T | Buy | 02/20/15 | J | | |
| 288. FNMA PL 310151 05.5000 DUE 11/1/34 | | None | J | T | Buy | 02/12/15 | J | | |
| 289. | | | | | Sold (part) | 02/12/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  FNMA PL AL5213 04.5000 DUE 4/1/44 | | None | J | T | Buy | 01/21/15 | J | | |
| 291.  FNMA PL AX3195 04.000 DUE 9/1/44 | | None | J | T | Buy | 02/25/15 | J | | |
| 292.  FNMA PL AS4168 04.000 DUE 12/1/44 | | None | J | T | Buy | 01/16/15 | J | | |
| 293.  FHLMC PL G08624 04.000 DUE 1/1/45 | | None | J | T | Buy | 01/16/15 | J | | |
| 294.  FHLMC PL G08623 3.5000 DUE 1/1/45 | | None | J | T | Buy | 02/12/15 | J | | |
| 295.  FNMA PL AX7732 3.5000 DUE 3/1/45 | | None | J | T | Buy | 02/25/15 | J | | |
| 296.  US TSY INFL PROT NOTE RATE .1250 DUE 4/15/16 | | None | J | T | Buy | 01/12/15 | J | | |
| 297.  US TSY NOTE .125 DUE 4/15/16 | | None | J | T | Buy | 01/13/15 | J | | |
| 298.  WYOMING BANK & TRUST - CHECKING (A) | A | Interest | L | T | | | | | |
| 299.  WYOMING BANK & TRUST - CHECKING (B) | A | Interest | M | T | | | | | |
| 300.  WYOMING BANK & TRUST - CHECKING (C) | A | Interest | M | T | | | | | |
| 301.  REAL ESTATE - BLUE HILL, ME APPRAISAL DATE 3/3/05 | | None | M | Q | | | | | |
| 302.  SCHOLARS CHOICE 529 PLAN - BALANCE 50/50 OPTION CL C | | None | K | T | | | | | |
| 303.  - OIL & GAS INTEREST - APPRAISAL DATE 8/9/13 | D | Royalty | M | Q | | | | | |
| 304.  WHITAKER WEST, LLC - CAPITAL INTEREST APPROX 23% APPRAISAL DATE 8/9/13 | B | Distribution | M | Q | | | | | |
| 305.  1/2 INTEREST LAZY E BAR E PARTNERSHIP APPRAISAL DATE 8/9/13 | E | Distribution | P1 | Q | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306.  UBS - ▮▮▮▮▮ | | | | | | | | | |
| 307.  - UBS BANK USA DEPOSIT (X) | A | Interest | L | T | | | | | |
| 308.  - ACCRETIVE HEALTH INC | | None | K | T | Sold (part) | 02/27/15 | K | A | |
| 309.  - BANK OF AMERICA CORP | A | Int./Div. | K | T | Sold | 02/27/15 | K | B | |
| 310.  UBS BROKERAGE ACCT 63 | | | | | | | | | |
| 311.  - MARRIOTT INTL INC NEW CL A (X) | | | | | Sold | 04/11/14 | L | D | |
| 312. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 10/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 302 - This is a Section 529 savings program established prior to 2013. This is not a self directed plan.

Line 39 - Google Class C shares were received as a stock dividend on the Class A shares on March 27, 2014. The value of the Class C shares received is reported on Line 38 as dividend income on the Class A shares.

Line 306 - The account listed on Line 279 of the 2013 report as "MORGAN STANLEY - CURRENT SPOUSE" was closed and all assets transferred in-kind to an account at UBS. These assets formerly held with Morgan Stanley (cash, Accretive Health Inc stock and Bank of America stock), are reported under the heading of "UBS - ▒▒▒▒▒▒▒▒▒ E" shown on Line 304.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter J. McNiff**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544